UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOBY NUNEZ, as administratrix of the Estate of Raul A. Nunez, deceased,<br><br>                    Plaintiff,<br><br>-against-<br><br>ROBERT BENTIVEGNA, et al.,<br><br>                    Defendants. | 22-CV-5673 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby ORDERED that counsel are directed to appear via telephone on November 17, 2022, at 11:00 a.m. for an Initial Pretrial conference in the above action.  The dial-in for the conference is (877) 402-9753, access code 6545179.

**SO ORDERED.**

Dated:    September 30, 2022
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1