UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TOBY NUNEZ,

                      Plaintiff,                  **22 Civ. No. 5673 (LAP) (GS)**

-against-                      **PRE-SETTLMENT
CONFERENCE ORDER**

ROBERT BENTIVEGNA *et al*,

                      Defendant.

-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Telephone Conference on **Wednesday, December 13, 2023 at 10:00 a.m.**, at which time the parties will be directed to advise the Court as to the status of this matter. The parties shall comply with the undersigned's Individual Rules, available at https://nysd.uscourrts.gov/hon-gary-stein. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 109 082 66#.**

      **SO ORDERED.**

DATED:    New York, New York
               November 30, 2023

                                            _____
                                            GARY STEIN
                                            United States Magistrate Judge