UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TOBY NUNEZ,

                            Plaintiff,

-against-

ROBERT BENTIVEGNA *et al*,

                            Defendant.

------------------------------------------------------------------X

**22 Civ. No. 5673 (LAP) (GS)**

**TELEPHONE STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      As discussed during today's Pre-Settlement Conference call, this action is scheduled for a Telephone Conference on **Wednesday, January 24, 2024 at 10:00 a.m.**, on the subject of settlement only. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 433 596 726#.**

      **SO ORDERED.**

DATED:    New York, New York
               December 13, 2023

_____
GARY STEIN
United States Magistrate Judge