# LAW OFFICE OF AMY JANE AGNEW, P.C.

Hon. Loretta A. Preska
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2220
New York, NY 10007-1312

December 28, 2023

**VIA ECF**

Re: *Nunez v. Bentivegna, et al.*, 22-cv-5673
   ***Request to Remove Docket Entry 76***

Dear Judge Preska:

I write on behalf of the Plaintiff to respectfully request that the Court order the Clerk of Court remove docket number 76 from the public docket. I inadvertently filed our unredacted version of the decedent's medical records on ECF as Exhibit 3 to the Venters' Expert Report yesterday. This was completely my fault, as my staff did prepare the redacted version. I refiled the documents in redacted form at ECF Docket No. 80. My apologies to the Court and Clerk for the inconvenience.

Happiest of holidays,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.

Cc:   *Counsel for Defendants* (Via ECF)

```
Plaintiff's request is granted.  The Clerk of
the Court is directed to strike from the docket
ECF number 76 and each document filed as an
attachment thereto.

SO ORDERED.

Dated: December 28, 2023
```

_____
LORETTA A. PRESKA, U.S.D.J.