UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TOBY NUNEZ,

                              Plaintiff,                      **22 Civ. No. 5673 (LAP) (GS)**

        -against-                                  **ORDER**

ROBERT BENTIVEGNA, KYOUNG S.
KIM, MARY ASHONG, ALBERT
ACRISH, LESLIE CAREY and
WILLIAM MILLER,

                              Defendants,
-------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      A Telephonic Status Conference was scheduled for Wednesday, January 24, 2024 before the undersigned concerning the status of settlement. Counsel for Defendants did not appear (due to what the Court understands was a calendaring error). The parties are directed to confer and to submit a joint status letter by **Wednesday, January 31, 2024** advising the Court as to their position(s) on whether and when the Court should conduct a settlement conference.

      **SO ORDERED.**

DATED:    New York, New York
               January 24, 2024

                                                        _____
                                                        The Honorable Gary Stein
                                                       United States Magistrate Judge