# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
TOBY NUNEZ, as Administratrix of the Estate of Raul A. Nunez, Deceased,

                Plaintiff,                22 **CIVIL** 5673 (LAP)

      -against-                            **JUDGMENT**

ROBERT BENTIVEGNA, KYOUNG S. KIM, MARY ASHONG, ALBERT ACRISH, WILLIAM MILLER and LESLIE CAREY,

                Defendants.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Opinion dated August 7, 2024, Defendants' motion for summary judgment [dkt. no. 61] is GRANTED, and Plaintiff's motion to preclude [dkt. no. 75] is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
          August 7, 2024

                                                  **DANIEL ORTIZ**
                                               **Acting Clerk of Court**

                                     B
                                              **Deputy Clerk**